UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| PLAINTIFF, | } |
| vs. | }  CASE NO. 25-cr-103-JHE |
| CARL LOFTON CARPENTER, | } |
| DEFENDANT. | } |

## AMENDED MOTION TO CONTINUE

COMES NOW the undersigned Robert B. Tuten and motions this Honorable court to continue this instant case**.**  As grounds defendant states as follows:

1. That the Defendant was appointed to undersigned CJA Counsel for representation.

2. Arraignment is set for March 13, 2025.

3. That Defendant has been admitted to the psychiatric ward at the VA hospital in Tuscaloosa due to an acute mental breakdown.

4. Defendant's Diagnosis and Prognosis reports are still pending and can be filed as supporting documentation when available.

5. Counsel has conflicts with an ongoing Capital case in State Court on this same date and time.

WHEREFORE counsel respectfully requests that the hearing in this case be continued to another agreeable docket after the defendant is released.

Respectfully submitted this 7th day of March, 2025.

/S/  Robert B. Tuten
ROBERT B. TUTEN
ASB # asb-4036-e56r
Attorney for Defendant
223 East Side Square
Huntsville, AL  35801
Phone: (256) 536-6009
E-Mail:  federalct@tutenlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney, US Probation and US Marshal. I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:   n/a.

                                              /S/ Robert B. Tuten
                                              ROBERT B. TUTEN