FILED

2026 Feb-13  PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>JASPER DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 6:25-cr-00103-ACA-JHE** |
| **CARL LOFTON CARPENTER** | ) |
| **JAMES MATTHEW HANDLEY** | ) |

### <u>NOTICE OF APPEARANCE</u>

The United States gives notice of the appearance of Trial Attorney Alec Ward as an additional co-counsel for the government in this case.

Respectfully submitted on February 13, 2026.

PRIM F. ESCALONA
United States Attorney

*/s/ Alec Ward*
Alec Ward
Trial Attorney
U.S. Department of Justice
Civil Rights Division

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system which will send notification of such filing to all parties of record on February 13, 2026.

*/s/ Alec Ward*
Alec Ward
Trial Attorney
U.S. Department of Justice
Civil Rights Division